✎JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)                                                                                            4

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:**          **Category No.**  II_____          **Investigating Agency**  DEA_____

**City**   Lynn_____          **Related Case Information:**

**County**   Essex_____          Superseding Ind./ Inf.    X_____          Case No.   04-10299 PBS
                                                                    Same Defendant    x_____          New Defendant _____
                                                                    Magistrate Judge Case Number   M 04-1732- CBS
                                                                    Search Warrant Case Number   04 M 1720- to 1730, 04-M 1738
                                                                    R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   RICARDO MANUEL ESTRADA_____          Juvenile:     ☐ Yes     X No

Alias Name   _____

Address   _____

Birthdate:  _____ SS #  _____   Sex:  MALE  Race:  Hispanic_____   Nationalit  Mexican_____

**Defense Counsel if known:**          Eliot Weinstein, Esq._____          Address  228 Lewis Wharf_____

Bar Number   _____          617-367-9334_____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____          Bar Number if applicable   _____

**Interpreter:**     X  Yes     No          List language and/or dialect:     Spanish_____

**Matter to be SEALED:**     Yes   X   No

          Warrant Requested          ☐ Regular Process          X  In Custody

**Location Status:**

Arrest Date   _____

X  Already in Federal Custody as of   _____          Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at  _____   ☐ Serving Sentence          ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by:  _____   on   _____

**Charging Document:**          Complaint          ☐ Information          X  Indictment

**Total # of Counts:**     ☐ Petty  _____   ☐ Misdemeanor  _____   X Felony   2

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05_____          Signature of AUSA:   _____

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    RICARDO MANUEL ESTRADA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** __II__          **Investigating Agency** __DEA__

**City** __Lynn__                              **Related Case Information:**

**County** __Essex__          Superseding Ind./ Inf. __X__          Case No. __04-10299 PBS__
                             Same Defendant _____ New Defendant _____
                             Magistrate Judge Case Number __04-M-1685 CBS__
                             Search Warrant Case Number __04-M-1720-to-1730__
                             R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __ANDRES MARTINEZ-ACEVEZ__          Juvenile:          ☐ Yes    X No

Alias Name __"Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"__

Address _____

Birthdate: _____ SS # __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__ Sex: __MALE__ Race: __Hispanic__ Nationalit __Mexican__

**Defense Counsel if known:**    John Cicilline, Esq.          Address __381 Atwells Ave., Providence, RI__

Bar Number _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                    Bar Number if applicable _____

**Interpreter:**    X Yes    No          List language and/or dialect:          __Spanish__

**Matter to be SEALED:**    Yes  X  No

        Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date    __5/1/2004__

X Already in Federal Custody as of _____ in __Wyatt Detention, Central Falls, RI__ .
☐ Already in State Custody at _____ ☐ Serving Sentence    ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by: _____ on _____

**Charging Document:**    Complaint    ☐ Information    X Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    X Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __10/5/04  3/23/05__    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   ANDRES MARTINEZ-ACEVEZ, a/k/a "Samuel Linares"; "Castro Casimiro"; "Joel Zequeira"; "Zequeira"; "El Viejo"

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | POSS. WITH INTENT DIST. 5K OF COCAINE | 9 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-andres.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**            **Category No.** II            **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.  X          Case No. 04-10299 PBS
                                 Same Defendant   x          New Defendant
                                 Magistrate Judge Case Number    04-M-1685 CBS
                                 Search Warrant Case Number   04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   JOSE ROSALES                    Juvenile:    ☐ Yes    X No

Alias Name   TONY  AKA TONO  AKA JOEL AGOSTINI AKA JOSE ABREU

Address   88 NEWARK ST, LYNN MA

Birthdate: 5/10/76    SS # 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  Sex: MALE  Race: Hispanic          Nationalit Mexican

**Defense Counsel if known:**     Raymond A. O'Hara, Esq.      Address 1 Exchange Place., Worcester, MA

Bar Number

**U.S. Attorney Information:**

AUSA                              Bar Number if applicable

**Interpreter:**    X Yes    No        List language and/or dialect:      Spanish

**Matter to be SEALED:**        Yes   X   No

         Warrant Requested            ☐ Regular Process        X In Custody

**Location Status:**

Arrest Date        5/1/04

X Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI
☐ Already in State Custody at                 ☐ Serving Sentence      ☐ Awaiting Trial
☐ On Pretrial Release:    Ordered by:                  on

**Charging Document:**      Complaint       ☐ Information      X Indictment

**Total # of Counts:**     ☐ Petty          ☐ Misdemeanor          X☐ Felony   4

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**   JOSE ROSALES, a/k/a "Tony"; "Tono"; "Joel Agostini"; "Jose Abreu"

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2  21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-rosales.wpd - 2/7/02

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

## Criminal Case Cover Sheet                    U.S. District Court - District of Massachusetts

**Place of Offense:**          **Category No.**  II          **Investigating Agency**   DEA

**City**   Lynn                    **Related Case Information:**

**County**   Essex               Superseding Ind./ Inf.    X          Case No.   04-10299 PBS
                                 Same Defendant    x          New Defendant
                                 Magistrate Judge Case Number    04-M-1685 CBS
                                 Search Warrant Case Number    04-M-1720 to 1730
                                 R 20/R 40 from District of

## Defendant Information:

Defendant Name    VALENTIN MARTINEZ                    Juvenile:    ☐ Yes    X No

Alias Name    VALENTIN RIVERA AKA V AKA VALE

Address    108 JOHNSON STREET, LYNN, MA

Birthdate:  12/20/69   SS #  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  Sex:  MALE  Race:  Hispanic          Nationalit  Mexican

**Defense Counsel if known:**    Ronald Ian Segal, Esq.    Address  23 Central Ave., Lynn, MA

Bar Number

## U.S. Attorney Information:

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**    X Yes    X No          List language and/or dialect:    Spanish

**Matter to be SEALED:**        Yes   X   No

        Warrant Requested        ☐ Regular Process        x In Custody

**Location Status:**

Arrest Date        5/1/04

x  Already in Federal Custody as of _____ in   Wyatt Detention, Central Falls, RI   .
☐  Already in State Custody at _____ ☐ Serving Sentence        ☐ Awaiting Trial
☐  On Pretrial Release:   Ordered by: _____ on

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**    ☐ Petty ———    ☐ Misdemeanor ———    X☐ Felony — 3

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    VALENTIN MARTINEZ AKA VALENTIN RIVERA; V; VALE

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | 18 USC 924 | POSS. OF FIREARM | 7 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-valentin.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: __MA__                Category No. _____    **Investigating Agency** __DEA/MSP__

City __Lynn/Peabody__              **Related Case Information:**

County __Essex__                  Superseding Ind./ Inf. __X__          Case No. __04-10299-PBS__
                                 Same Defendant __x__          New Defendant _____
                                 Magistrate Judge Case Number   __04-m-1685-CBS__
                                 Search Warrant Case Number    __04-m-1720 to 1730__
                                 R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __MANUEL GERMOSEN__                Juvenile    ☐ Yes    ☒ No

Alias Name   __Kelvin Madera, Manolo__

Address  _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex __M__ Race: __Hispanic__    Nationality: __Dom Rep__

**Defense Counsel if known:**   __Steven Judge__          **Address:** **23 Central Ave., #605**
                                                      **Lynn, MA 01902**
**Bar Number:**   _____

**U.S. Attorney Information:**

AUSA  __Neil Gallagher__                  **Bar Number if applicable** _____

Interpreter:    ☒ Yes ☐ No          **List language and/or dialect:**    __Spanish__

**Matter to be SEALED:**    ☐ Yes  ☒ No

       ☐ **Warrant Requested**          ☐ **Regular Process**          ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☒ **Already in Federal Custody as** __May 1, 2005__      in   __Plymouth County__                .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**   Ordered by _____  on

**Charging Document:**    ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**    ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony  __1 count__

**Continue on Page 2 for Entry of U.S.C. Citations**

☒       I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date: __3/23/05__          Signature of AUSA: _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    __MANUEL GERMOSEN__

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

%JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:**          **Category No.** II          **Investigating Agency** DEA

**City** Lynn                    **Related Case Information:**

**County** Essex                 Superseding Ind./ Inf.   X          Case No.   04-10299 PBS
                                 Same Defendant    X          New Defendant
                                 Magistrate Judge Case Number    04-M-1685 CBS
                                 Search Warrant Case Number    04-M-1720 to 1730
                                 R 20/R 40 from District of

**Defendant Information:**

Defendant Name   ABDALLAH HAMDAN                    Juvenile:   ☐ Yes   X No

Alias Name

Address   10 ROOSEVELT ST METHUEN MA

Birthdate: 1/17/76   SS # 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   Sex: MALE   Race: Arabic          Nationalit Palestinian

**Defense Counsel if known:**   Melvin Norris, Esq.          Address 260 Boston Post Rd., Wayland, MA

Bar Number

**U.S. Attorney Information:**

AUSA   Neil Gallagher                    Bar Number if applicable

**Interpreter:**   ☐ Yes   X No          List language and/or dialect:

**Matter to be SEALED:**          Yes X   No

          Warrant Requested          ☐ Regular Process          X In Custody

**Location Status:**

Arrest Date          5/1/04

X Already in Federal Custody as of                    in   Wyatt Detention, Central Falls, RI   .
☐ Already in State Custody at                    ☐ Serving Sentence          ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by:                    on

**Charging Document:**          Complaint          ☐ Information          X Indictment

**Total # of Counts:**          ☐ Petty          ☐ Misdemeanor          ☐ X Felony    4

Continue on Page 2 for Entry of U.S.C. Citations

          I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
          accurately set forth above.

Date:   3/23/05          Signature of AUSA:

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ABDALLAH HAMDAN

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 3, 4, 5 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

js-45-hamdan.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet** _____    **U.S. District Court - District of Massachusetts**

**Place of Offense:** _MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** _Essex_____    Superseding Ind./ Inf. _X_____    Case No. _04-10299-PBS_
Same Defendant _x_____    New Defendant _____
Magistrate Judge Case Number _04-m-1685-CBS_
Search Warrant Case Number _04-m-1720 to 1730_
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _RICARDO MARTINEZ_____    Juvenile    ☐ Yes    ☒ No

Alias Name _Chorizo, Chon_____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: _Hispanic_____ Nationality: _Dom Rep_____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

Interpreter: ☒ Yes ☐ No    List language and/or dialect: _Spanish_____

Matter to be SEALED: ☐ Yes ☒ No

☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☐ **On Pretrial Release:** Ordered by _____ on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony _1 count_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** 3/23/05    **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    **RICARDO MARTINEZ** _____

**U.S.C. Citations**

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA_____    **Category No.** _____    **Investigating Agency** _DEA/MSP_____

**City** _Lynn/Peabody_____    **Related Case Information:**

**County** ___Essex_____    Superseding Ind./ Inf. __X_____    Case No. ___04-10299-PBS_____
                                     Same Defendant ___x_____    New Defendant _____
                                       Magistrate Judge Case Number __04-m-1685-CBS_____
                                       Search Warrant Case Number __04-m-1720 to 1730____
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __HOWARD GREENBERG_____    Juvenile    ☐ Yes    ☒ No

Alias Name _____

Address _____

Birth date (Year only): _____ SSN (last 4 #): _____ Sex _M_ Race: __Caucasian___ Nationality: _US_____

**Defense Counsel if known:** __Roger Witkin_____    **Address:** __6 Beacon Street, Ste 1010__
                                              __Boston, MA 02108__
**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** _Neil Gallagher_____    **Bar Number if applicable** _____

**Interpreter:**    ☐ Yes ☐ No    **List language and/or dialect:**    __Spanish_____

**Matter to be SEALED:**    ☐ Yes    ☒ No

    ☐ **Warrant Requested**    ☐ **Regular Process**    ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ **in** _____ .
☐ **Already in State Custody** _____ ☐ **Serving Sentence** ☐ **Awaiting Trial**
☒ **On Pretrial Release:**    Ordered by _MJ Swartwood____    on    __May 2004__

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____    ☐ Misdemeanor _____    ☒ Felony __1 count____

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

**Date:** _3/23/c5_    **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    <u>HOWARD GREENBERG</u>

### U.S.C. Citations

| <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|
| Set 1  <u>21 U.S.C. Sec. 846</u> | <u>Conspiracy to Distribute 5 Kg of Cocaine</u> | <u>Count One</u> |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:  MA                Category No. _____    Investigating Agency  DEA/MSP

City  Lynn/Peabody                   **Related Case Information:**

County   Essex                       Superseding Ind./ Inf.   X              Case No.   04-10299-PBS
                                     Same Defendant      x          New Defendant _____
                                     Magistrate Judge Case Number    04-m-1685-CBS
                                     Search Warrant Case Number    04-m-1720 to 1730
                                     R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   EDGAR HOFFENS                    Juvenile    ☐ Yes    ☒ No

Alias Name   Carlos Colon Rivera, Tigueron

Address

Birth date (Year only): _____ SSN (last 4 #): _____ Sex  M  Race:   Caucasian    Nationality:  US

**Defense Counsel if known:**   John Wall              **Address:**  1 Commercial Wharf West
                                                                     Boston, MA 02110
**Bar Number:**

**U.S. Attorney Information:**

AUSA  Neil Gallagher                          Bar Number if applicable

Interpreter:    ☒ Yes ☐ No        List language and/or dialect:    Spanish

Matter to be SEALED:    ☐ Yes    ☒ No

        ☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date:**

☒ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony   1 count

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
     accurately set forth above.**

Date: 3/23/05          Signature of AUSA:

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    <u>**EDGAR HOFFENS**</u> _____

**U.S.C. Citations**

| | <u>Index Key/Code</u> | <u>Description of Offense Charged</u> | <u>Count Numbers</u> |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                          **U.S. District Court - District of Massachusetts**

**Place of Offense:**                 **Category No.**  II_____      **Investigating Agency**  DEA_____

**City**  Lynn_____           **Related Case Information:**

**County**  Essex_____       Superseding Ind./ Inf.  __X_____      Case No.  04-10299 PBS
                                   Same Defendant  __X_____       New Defendant _____
                                   Magistrate Judge Case Number      04-M-1685 CBS
                                   Search Warrant Case Number      04-M-1720 to 1730
                                   R 20/R 40 from District of  _____

**Defendant Information:**

Defendant Name   ROGELIO GARCIA_____      Juvenile:      ☐ Yes    X No

Alias Name   LACUILLA AKA LACUILLA AKA LACUIJI AKA EL JAROCHO AKA LA COLADERA

Address   85 WALNUT AVE., REVERE, MA

Birthdate: 7/15/80___   SS # 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   Sex:  MALE   Race:  Hispanic___      Nationalit  USA

**Defense Counsel if known:**      James H. Budreau, Esq.___      Address  20 Park Plaza, Boston, MA

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____      Bar Number if applicable   _____

**Interpreter:**      ☐ Yes    X No      List language and/or dialect:   _____

**Matter to be SEALED:**      Yes  X    No

        Warrant Requested      X☐  Regular Process      In Custody

**Location Status:**

Arrest Date   _____

    Already in Federal Custody as of   _____ in _____  .
☐  Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:   Ordered by:  Mag. Judge Swartwood___   on  _____

**Charging Document:**      Complaint      ☐ Information      X Indictment

**Total # of Counts:**      ☐ Petty ___      ☐ Misdemeanor ___      ☐ X Felony —— 2 ——

                Continue on Page 2 for Entry of U.S.C. Citations

        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:   3/23/05___      Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**     ROGELIO GARCIA _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DIST. OF 5K COCAINE | 6 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

js-45-garcia.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense:   MA                    Category No. _____   Investigating Agency   DEA/MSP

City   Lynn/Peabody                    **Related Case Information:**

County   Essex                    Superseding Ind./ Inf.   X               Case No.   04-10299-PBS
                                       Same Defendant   x               New Defendant
                                       Magistrate Judge Case Number   04-m-1685-CBS
                                       Search Warrant Case Number   04-m-1720 to 1730
                                       R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JAVIER ANGEL ROMERO          Juvenile   ☐ Yes   ☒ No

Alias Name   Ramon Acosta, the Singer

Address _____

Birth date (Year only): _____   SSN (last 4 #): _____   Sex  M  Race:   Hispanic   Nationality: _____

**Defense Counsel if known:**   Ray Buso          **Address:**  15 Church Street
                                                                 Salem, MA 01970
**Bar Number:**

**U.S. Attorney Information:**

AUSA   Neil Gallagher          Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No          List language and/or dialect:   Spanish

Matter to be SEALED:   ☐ Yes   ☒ No

        ☐ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as _____ in _____  .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint      ☐ Information      ☒ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony   1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

Date:  3/23/05          Signature of AUSA: _____