JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    GILBERTO ZAYAS _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1    21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

ADDITIONAL INFORMATION:

23

JS 45 (5/97) - (Revised USAO MA 6/29/04)

Criminal Case Cover Sheet                                    U.S. District Court - District of Massachusetts

Place of Offense: __MA__                Category No. _____        Investigating Agency __DEA/MSP__

City __Lynn/Peabody__                   **Related Case Information:**

County __Essex__                        Superseding Ind./ Inf.  __X__         Case No.  __04-10299-PBS__
                                        Same Defendant  __x__                 New Defendant _____
                                        Magistrate Judge Case Number  __04-m-1685-CBS__
                                        Search Warrant Case Number  __04-m-1720 to 1730__
                                        R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __LUIS E. DEJESUS__                      Juvenile   ☐ Yes   ☒ No

Alias Name __Edgardo__

Address _____

Birth date (Year only): ____ SSN (last 4 #): ____ Sex __M__ Race: __Hispanic__ Nationality: _____

**Defense Counsel if known:** __John W. Laymon__        Address: __77 Franklin Street, # 3__
                                                                 __Boston, MA 02110__

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__                Bar Number if applicable _____

Interpreter:  ☒ Yes  ☐ No      List language and/or dialect: __Spanish__

Matter to be SEALED:  ☐ Yes  ☒ No

☐ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

Arrest Date: _____

☒ Already in Federal Custody as __May 2004__  in __Wyatt__
☐ Already in State Custody _____   ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty ____  ☐ Misdemeanor ____  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    LUIS E. DEJESUS _____

### U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

Y&JS 45  (5/97) - (Revised U.S.D.C. MA 2/7/02)

**Criminal Case Cover Sheet**                         **U.S. District Court - District of Massachusetts**

**Place of Offense:**          Category No.   II_____       **Investigating Agency**   DEA_____

**City**    Lynn_____         **Related Case Information:**

**County**    Essex_____      Superseding Ind./ Inf.   X_____      Case No.   04-10299 PBS_____
                                      Same Defendant   X_____          New Defendant _____
                                      Magistrate Judge Case Number   04-M-  1731CBS_____
                                      Search Warrant Case Number   04- M 1720 to 1730_____
                                      R 20/R 40 from District of   _____

**Defendant Information:**

Defendant Name   BENITO GRULLON_____      Juvenile:     ☐ Yes    X No

Alias Name   QUICO_____

Address   _____

Birthdate: _____ SS # _____   Sex:  MALE  Race:  Hispanic_____   Nationalit  Dominican_____

**Defense Counsel if known:**   Ron Ian Segal, Esq.._____   Address  23 Central Ave., Lynn, MA_____

Bar Number   _____

**U.S. Attorney Information:**

AUSA   Neil Gallagher_____      Bar Number if applicable   _____

**Interpreter:**    X Yes    No        List language and/or dialect:     Spanish_____

**Matter to be SEALED:**    Yes   X   No

          Warrant Requested          X  Regular Process          In Custody

**Location Status:**

Arrest Date       5/1/04_____

X  Already in Federal Custody as of          _____ in   _____ .
☐  Already in State Custody at ————————— ☐ Serving Sentence    ☐ Awaiting Trial
X  On Pretrial Release:    Ordered by:   _____ on   _____

**Charging Document:**      Complaint      ☐ Information          X Indictment

**Total # of Counts:**    ☐ Petty ——————— ☐ Misdemeanor ——————— X Felony —2—

Continue on Page 2 for Entry of U.S.C. Citations

**I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   3/23/05____      Signature of AUSA:   _____

JS 45 (5/97) (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    BENITO GRULLON _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE | 1 |
| Set 2 | 21 USC 841 | DISTRIBUTION OF COCAINE | 8 |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-grulle.wpd - 2/7/02

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                     **U.S. District Court - District of Massachusetts**

Place of Offense: __MA, CA__           Category No. _____       Investigating Agency __DEA/MSP__

City __Lynn__                         **Related Case Information:**

County __Essex__                      Superseding Ind./ Inf. __x_____     Case No. __04-10299-PBS__
                                      Same Defendant _____   New Defendant __X_____
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number _____
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __MARTIN CERNA GARCIA_____           Juvenile    ☐ Yes   ☒ No

Alias Name __"Willy"; "Nephew"_____

Address __11027 Meyers Dr., Cucamnga, CA 91730_____

Birth date (Year only): __1963__  SSN (last 4 #): _____  Sex __M__ Race: __Hispanic__  Nationality: __Mexican__

**Defense Counsel if known:** _____  Address: _____
                                                                 _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher_____       Bar Number if applicable _____

Interpreter:   ☒ Yes  ☐ No        List language and/or dialect: __Spanish_____

Matter to be SEALED:   ☒ Yes   ☐ No

   ☒ Warrant Requested        ☐ Regular Process              ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

Charging Document:   ☐ Complaint      ☐ Information      ☒ Indictment

Total # of Counts:   ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony __1 count__

Continue on Page 2 for Entry of U.S.C. Citations

☒     I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
       accurately set forth above.

Date: __3/23/05__              Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     MARTIN CERNA GARCIA _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 KG of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**                    **U.S. District Court - District of Massachusetts**

Place of Offense: _MA_                Category No. _____    Investigating Agency _DEA/MSP_

City _Lynn, MA_                Related Case Information:

County _Essex_                Superseding Ind./ Inf. _x_        Case No. _04-10299-PBS_
                              Same Defendant _____    New Defendant _X_
                              Magistrate Judge Case Number _____
                              Search Warrant Case Number _____
                              R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name _ROBINSON RUIZ_            Juvenile  ☐ Yes  ☒ No

Alias Name _"Metresa"_

Address _6 Houston Street, Lynn, MA 01905_

Birth date (Year only): _1964_ SSN (last 4 #): _6369_ Sex _M_ Race: _Hispanic_ Nationality: _Dom. Republic_

Defense Counsel if known: _____    Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA _Neil Gallagher_            Bar Number if applicable _____

Interpreter:  ☒ Yes ☐ No    List language and/or dialect: _Spanish_

Matter to be SEALED:  ☒ Yes  ☐ No

  ☒ Warrant Requested    ☐ Regular Process    ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

Charging Document:  ☐ Complaint   ☐ Information   ☒ Indictment

Total # of Counts:  ☐ Petty _____  ☐ Misdemeanor _____  ☒ Felony _1_

**Continue on Page 2 for Entry of U.S.C. Citations**

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: _3/23/05_            Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    ROBINSON RUIZ _____

### U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA          **Category No.** _____    **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf.  x          Case No.  04-10299-PBS
Same Defendant _____   New Defendant  X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  CARLOS RAFAEL ROJAS          Juvenile  ☐ Yes  ☒ No

Alias Name  "Chelo"; "Ramon"

Address _____

Birth date (Year only): _____  SSN (last 4 #): _____  Sex M  Race: _____  Nationality: _____

**Defense Counsel if known:** _____          **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA  Neil Gallagher          Bar Number if applicable _____

Interpreter: ☒ Yes  ☐ No          List language and/or dialect:  Spanish

Matter to be SEALED: ☒ Yes  ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/23/05          **Signature of AUSA:** _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     CARLOS RAFAEL ROJAS, a/k/a "Chelo," a/k/a "Ramon" _____

**U.S.C. Citations**

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | 18 USC 924 | Poss. of a Firearm | Count Seven |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:** MA _____        **Category No.** _____        **Investigating Agency** DEA/MSP _____

**City** Lynn/Peabody _____        **Related Case Information:**

**County** Essex _____

Superseding Ind./ Inf.  X _____        Case No.    04-10299-PBS _____
Same Defendant _____        New Defendant  X _____
Magistrate Judge Case Number        _____
Search Warrant Case Number        _____
R 20/R 40 from District of        _____

**Defendant Information:**

**Defendant Name**  CARLOS ORLANDO ARGUETA-MACARIO _____        Juvenile  ☐ Yes  ☒ No

**Alias Name**  "Chaparro" _____

**Address**    15 Washington Place, Peabody, MA 01960 _____

**Birth date (Year only):**  1967  **SSN (last 4 #):**  0292  **Sex** M **Race:**  Hispanic _____  **Nationality:**  Mexican _____

**Defense Counsel if known:** _____        **Address:** _____
_____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA**  Neil Gallagher _____        **Bar Number if applicable** _____

**Interpreter:**        ☒ Yes  ☐ No        **List language and/or dialect:**        Spanish _____

**Matter to be SEALED:**        ☒ Yes        ☐ No

☒ **Warrant Requested**        ☐ **Regular Process**        ☐ **In Custody**

**Location Status:**

**Arrest Date:** _____

☐ **Already in Federal Custody as** _____ in _____ .
☐ **Already in State Custody** _____  ☐ **Serving Sentence**  ☐ **Awaiting Trial**
☐ **On Pretrial Release:**    Ordered by _____ on _____

**Charging Document:**        ☐ **Complaint**        ☐ **Information**        ☒ **Indictment**

**Total # of Counts:**        ☐ **Petty** _____        ☐ **Misdemeanor** _____        ☒ **Felony**    1 count

Continue on Page 2 for Entry of U.S.C. Citations

☒        I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are
        accurately set forth above.

**Date:** 3/23/05 _____        **Signature of AUSA:** _____

JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

**District Court Case Number  (To be filled in by deputy clerk):** _____

**Name of Defendant**    CARLOS ORLANDO ARGUETA-MACARIO, a.k.a. "Chaparro" _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** MA          **Category No.** _____   **Investigating Agency** DEA/MSP

**City** Lynn, MA          **Related Case Information:**

**County** Essex

Superseding Ind./ Inf. __x__          Case No. 04-10299-PBS
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   WILLIAM R. HOLMES          Juvenile ☐ Yes ☒ No

Alias Name   "Billy"

Address   43 Reservoir Drive, Danvers, MA

Birth date (Year only): 1961   SSN (last 4 #): 7332   Sex M   Race: _____   Nationality: _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** Neil Gallagher          **Bar Number if applicable** _____

Interpreter: ☐ Yes ☐ No          List language and/or dialect: _____

Matter to be SEALED: ☒ Yes ☐ No

☒ Warrant Requested          ☐ Regular Process          ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence ☐ Awaiting Trial
☐ On Pretrial Release: Ordered by _____ on _____

**Charging Document:** ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:** ☐ Petty ____ ☐ Misdemeanor ____ ☒ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05          Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    WILLIAM R. HOLMES, a/k/a "Billy" _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

JS 45 (5/97) - (Revised USAO MA 6/29/04)

**Criminal Case Cover Sheet**          **U.S. District Court - District of Massachusetts**

**Place of Offense:** __MA__      **Category No.** _____    **Investigating Agency** __DEA/MSP__

**City** __Lynn, MA__        **Related Case Information:**

**County** __Essex__       Superseding Ind./ Inf. __x__    Case No. __04-10299-PBS__
                      Same Defendant _____ New Defendant __X__
                      Magistrate Judge Case Number _____
                      Search Warrant Case Number _____
                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name __GENE A. ANDERSON__      Juvenile   ☐ Yes   ☒ No

Alias Name _____

Address __87 Broad Street #1, Lynn, MA__

Birth date (Year only): __1970__ SSN (last 4 #): __0733__ Sex __M__ Race: _____ Nationality: _____

**Defense Counsel if known:** _____    **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

AUSA __Neil Gallagher__      Bar Number if applicable _____

Interpreter:   ☐ Yes ☐ No    List language and/or dialect: _____

Matter to be SEALED:   ☒ Yes   ☐ No

     ☒ Warrant Requested      ☐ Regular Process      ☐ In Custody

**Location Status:**

**Arrest Date:** _____

☐ Already in Federal Custody as _____ in _____
☐ Already in State Custody _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**    ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**    ☐ Petty _____ ☐ Misdemeanor _____ ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 3/23/05        Signature of AUSA: _____

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

District Court Case Number (To be filled in by deputy clerk): _____

Name of Defendant     GENE A. ANDERSON _____

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 21 U.S.C. Sec. 846 | Conspiracy to Distribute 5 Kg of Cocaine | Count One |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

ADDITIONAL INFORMATION: