UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| VS. ) | CASE NO. 04-1685-CBS |
| Gilberto Zayas ) | |
| ) | |

## MOTION FOR BILL OF PARTICULAR CONSPIRACY

   The defendant, Gilberto Zayas, pro se, hereby moves this Honorable Court to require the Government to state the following requested particulars with respect to the charged conspiracy so the Defendant:
a) May begin to fathom the conduct with which he is charged, such being impossible to determine from the ponderous and vague charging document.
b) May begin to prepare his defense.
c) May avoid being twice placed in jeopardy of being charge or tried with the same offense, in event of the Defendant's acquittal or conviction in this cause.
   1. Please state when the conspiracy alleged herein commenced and, in addition, please state the identity of the participants at that time and the location when the agreement was originally reached.
   2. Please state whether the agreement was expressed or implied.
   3. Please state the date, time, and place the Defendant first met with each co-conspirator with whom the Government claims he conspired, in order that he may try to determine if he has an alibi and what in fact he was doing during that time period, in order to marshall defense witnesses.
   4. States specifically what agreement the Defendant entered into, with whom said agreement was made, and the date, time, and place of said agreement.
   5. State the nature of the act, and the date, time, and place of said act, by which the Defendant first manifested he was part of the alleged conspiracy. In other words, what is the first act the Defendant is accused of committing in furtherance of the alleged conspiracy.

6. State the date, time, and place of the last act the Defendant is charged with having committed in furtherance of the conspiracy.

7. Please state whether the Government is charging the Defendant with, or seeking conviction upon the theory of, aiding and abetting one or more of his co-defendants in the commission of a crime. Several Courts have noted that "Conspiracy" and "aiding-abetting" are different. The instant Defendant earnestly believes that the Government will be unable to sustain it burden regarding the Defendant's participation in the alleged conspiracy, and may attempt to "shift gears" by attempting to prove aiding and abetting. In such an event, the Defendant wishes to be prepared to defend on that basis. See United States v. Valencia, 492 F.2d 1071 (9th Cir. 1974)

8. Please state the names of unindicted, but identified co-conspirators of the Defendant, including those whose names may have become known since the return of the indictment, or the names of those other persons whom the Government deleted or omitted from the indictment.

9. Please state any and all overt acts to Count I of the indictment about which the Government intends to present testimony at time of trial, and which overt acts could have been included by the draftsmen of the indictment but were not.

WHEREFORE, it is respectfully prayed that in order to allow the Defendant to prepare for trial amidst the expansive allegations of this indictment, the Government be required to provide the Defendant with the above-requested particulars.

RESPECTFULLY SUBMITTED,

October 20, 2005

*Gilberto Zayas*
Gilberto Zayas