UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

                CRIMINAL ACTION
                NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                        November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                              By the Court,

                                              _/s/ Robert C. Alba_
                                              Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                                November 21, 2005


Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA


By the Court,


 /s/ Robert C. Alba
Deputy Clerk


Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                   November 21, 2005

   Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                                                                    By the Court,

                                                                                     /s/ Robert C. Alba
                                                                                    Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

CRIMINAL ACTION
NO.   04-10299-PBS

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                           November 21, 2005

     Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

          By the Court,

           /s/ Robert C. Alba
          Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                       November 21, 2005

      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

      By the Court,

      _/s/ Robert C. Alba__
      Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10299-PBS |
| v. | |
| DANIEL AGUILAR<br>ROBERTO SOLORIO<br>RICARDO ESTRADA<br>VALENTIN MARTINEZ<br>HOWARD GREENBERG<br>CHRISTIAN GERMOSEN<br>PHILLIP ASARO<br>SILVESTRE LIZARDI<br>GIOVANNI AVILA<br>GILBERTO ZAYAS<br>LUIS DEJESUS<br>BENITO GRULLON<br>MARTIN CERNA-GARCIA<br>CARLOS RAFAEL ROJAS<br>CARLOS ORLANDO ARGUETA-MARCARIO<br>WILLIAM HOLMES<br>GENE ANDERSON | |

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                                  November 21, 2005

Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

## NOTICE OF STATUS CONFERENCE

SARIS, U.S.D.J.                                                                                   November 21, 2005

      Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

By the Court,

 /s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.   04-10299-PBS

v.

DANIEL AGUILAR
ROBERTO SOLORIO
RICARDO ESTRADA
VALENTIN MARTINEZ
HOWARD GREENBERG
CHRISTIAN GERMOSEN
PHILLIP ASARO
SILVESTRE LIZARDI
GIOVANNI AVILA
GILBERTO ZAYAS
LUIS DEJESUS
BENITO GRULLON
MARTIN CERNA-GARCIA
CARLOS RAFAEL ROJAS
CARLOS ORLANDO ARGUETA-MARCARIO
WILLIAM HOLMES
GENE ANDERSON

**NOTICE OF STATUS CONFERENCE**

SARIS, U.S.D.J.                                                                                November 21, 2005

   Please take notice that a Status Conference **with all counsel representing the above-named defendants present** has been **scheduled** for **December 12, 2005** at **4:00 p.m.** in Courtroom #19, 7th floor, United States District Court, 1 Courthouse Way, Boston, MA

                                                                By the Court,

                                                                 _/s/ Robert C. Alba__
                                                                Deputy Clerk

Copies to:  All Counsel