UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10299-PBS

UNITED STATES OF AMERICA

V.

GILBERTO ZAYAS

Defendant

DEFENDANT'S ASSENTED-TO MOTION FOR
EXTENSION OF TIME TO FILE NON-DISCOVERY MOTIONS

The defendant, through his undersigned counsel, hereby moves this Honorable Court for an extension of time until January 17, 2006 to file any non-discovery motion including but not limited to a motion to suppress.

As reason therefore, counsel states that he has not filed the same to date due to the pendency of ongoing negotiations with the government for a possible resolution short of trial herein.  Defendant further states that the government has assented to the allowance of this motion.


Respectfully submitted,


s/Raymond E. Gillespie
Raymond E. Gillespie, Esq.
B.B.O. # 192300
875 Mass Ave   Suite 32
Cambridge MA  02139
(617)661-3222

Assented to:

s/Neil Gallagher
Neil Gallagher, Esq.
Assist. U.S. Attorney

mtnsext106