```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

Crim. No. 04-10299-PBS

UNITED STATES OF AMERICA

v.

GILBERTO ZAYAS,

Defendant

## DEFENDANT'S MOTION TO SUPPRESS

The defendant hereby moves this Honorable Court to suppress any and all evidence, including, but not limited to, the existence of a hidden compartment in the vehicle defendant was operating, and any statements he made during interrogations conducted by law enforcement authorities in the state of North Carolina on or about September 19, 2003 subsequent to an unlawful stop of the vehicle on Interstate Highway 95.

As reason therefore, defendant states that the stop was made without probable cause and such statements were obtained in violation of his rights against self-incrimination and to due process, as secured by the Sixth and Fifth Amendments, respectively, of the Constitution of the United States.  Defendant also respectfully directs the Court's attention to his Affidavit and Memorandum of Law filed herewith.

Defendant states that in accordance with the local rules of this Court undersigned counsel has conferred with the attorney for the government in an attempt to resolve this matter but the parties have been unable to reach an agreement.  DEFENDANT ALSO RESPECTFULLY REQUESTS AN EVIDENTIARY HEARING ON THIS MOTION.

By his attorney,

/S/ Raymond E. Gillespie

Raymond E. Gillespie
rgillespie1@prodigy.net
B.B.O. #192300
875 Mass. Ave  Suite 32
Cambridge   MA    02139
(617) 661-3222

## CERTIFICATE OF SERVICE

I, Raymond E. Gillespie, hereby certify that I served the foregoing Defendant's Motion to Suppress by electronically mailing copies thereof to all counsel listed to receive electronic notice of filing and on all parties not listed to receive notice of electronic filing by mailing a paper copy thereof to each at the address listed therein on the date indicated below:


S/Raymond E. Gillespie
Raymond E. Gillespie

January 17, 2006