UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Crim. No. 04-10299-PBS

UNITED STATES OF AMERICA

v.

GILBERTO ZAYAS,

Defendant

**Affidavit of Gilberto Zayas**

I, Gilberto Zayas, being duly sworn, do hereby state and affirm as follows:

1. On or about September 19, 2003 I was stopped by a police officer in North Carolina while driving on Interstate 95.

2. The officer said I was speeding.

3. I do not believe that I was speeding.

4. The officer called for additional support and more police arrived shortly thereafter.

5. They searched my vehicle with a dog.

6. They said they found a secret compartment.

7. They impounded my car, took me to the police station and asked me a lot of questions without advising me of my rights.

8. I answered their questions, but not voluntarily.

9. This statement has been translated into Spanish for me and I affirm that it is correct and true to the best of my knowledge and recollection.

SIGNED, under the pains and penalties of perjury, this 17th day of January, 2006:


/S/ Gilberto Zayas
Gilberto Zayas




**CERTIFICATE OF SERVICE**

I, Raymond E. Gillespie, hereby certify that I served the foregoing Affidavit of Gilberto Zayas by electronically mailing copies thereof to all

counsel listed to receive electronic notice of filing and all parties not listed to receive notice of electronic filing by mailing a paper copy thereof to each at the address listed therein on the date indicated below:

S/Raymond E. Gillespie
Raymond E. Gillespie

January 17, 2006