UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

            CRIMINAL ACTION
            NO.  04-10299-PBS

v.

GILBERTO ZAYAS

### NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                 January 25, 2006

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Suppress on **February 10, 2006**, at **2:00 p.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

                                                                       By the Court,

                                                                       _/s/ Robert C. Alba__
                                                                       Deputy Clerk

Copies to:  All Counsel