**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

In Open Court
USDC, Mass.
Date 2-14-06
By

UNITED STATES OF AMERICA )
)
v. )
) **Criminal No. 04-10299-PBS**
22) GILBERTO ZAYAS )

**DISMISSAL OF GILBERTO ZAYAS**
**FROM COUNT ONE OF THE SECOND SUPERSEDING INDICTMENT**

Pursuant to FRCP 48(a), the United States Attorney for the District of Massachusetts,

Michael J. Sullivan, hereby dismisses the defendant GILBERTO ZAYAS from Count One of the

Second Superseding Indictment which charges him with conspiracy to distribute at least five

kilograms of cocaine, in violation of 21 U.S.C. §§ 841(a)(1) and 846. In support of this dismissal,

the government states that, pursuant to a plea agreement, GILBERTO ZAYAS has pleaded guilty

to an Information charging him with misprision of a felony and the dismissal is in the interests of

justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:

LAURA J. KAPLAN, Chief
Violent & Organized Crime Section

NEIL J. GALLAGHER, Jr.
Assistant U.S. Attorney

Leave to File Granted:

PATTI B. SARIS, Judge
United States District Court