UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| | NO.  04-10299-PBS |
| v. | |
| GILBERTO ZAYAS | |

**NOTICE OF RULE 11 HEARING**

SARIS, U.S.D.J.                                                                                                     February 15, 2006

      TAKE NOTICE that the above-entitled case has been set for a Rule 11 Hearing on **February 17, 2006**, at **10:00 a.m.**, in Courtroom No. 19, 7th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts.

      By the Court,

      /s/ Robert C. Alba
      Deputy Clerk

Copies to:  All Counsel