Waiver of Indictment

# UNITED STATES DISTRICT COURT
# FOR THE
# DISTRICT OF MASSACHUSETTS

In Open Court
USDC, Mass.
Date 2-14-06

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                         )<br>)<br>GILBERTO ZAYAS                        ) | Criminal No. 04-CR-10299-PBS |

## WAIVER OF INDICTMENT

I, **GILBERTO ZAYAS**, the above-named defendant, who is accused of misprision of a felony, in violation of 18 U.S.C. §4, being advised of the nature of the charge, the proposed information, and my rights, hereby waive in open court on February 10, 2006 prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

x *Gilberto Zayas*
Gilberto Zayas, Defendant

*Raymond Gillespie*
Raymond Gillespie, Esquire
Counsel for the Defendant

Before: *PBSaris*
Judicial Officer