UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. |
| | ) | |
| v. | ) | VIOLATIONS: |
| | ) | Ct. 1: 18 U.S.C. § 4 |
| | ) | Misprision of a felony |
| GILBERTO ZAYAS | ) | |

FILED
In Open Court
USDC, Mass.
Date 2-14-06
By

INFORMATION

The United States Attorney charges that:

COUNT ONE

Between on or about September 19, 2003, and on or about May 1, 2004, in the District of Massachusetts, and elsewhere,

GILBERTO ZAYAS

the defendant herein, having knowledge of the actual commission of a felony cognizable by a court of the United States, to wit: conspiracy to distribute cocaine, as charged in United States v. Luciano, et al., Crim. No. 04-10299-PBS, did conceal the same and did not as soon as possible make known the same to the authorities.

In violation of Title 18, United States Code, Section 4.

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NEIL J. GALLAGHER, JR.
Assistant U.S. Attorney