
In Open Court
USDC, Mass.
Date 2-17-06
By

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 04-CR-10299-PBS |
|  | ) |  |
|  | ) | VIOLATION: |
| v. | ) |  |
|  | ) | 21 U.S.C. § 844 - |
| GILBERTO ZAYAS | ) | Possession of Cocaine |
|  | ) |  |

### WAIVER OF INDICTMENT

I, Gilberto Zayas, who is accused of possessing cocaine, in violation of 21 U.S.C. §844, being advised of the nature of the charges and of my rights, hereby agree to waive in open court prosecution by indictment and consent that the proceeding may be by information instead of by indictment.

_____
GILBERTO ZAYAS

_____
RAYMOND E. GILLESPIE
Attorney for Defendant

Date: 2/17/06