In Open Court
USDC, Mass.
Date 2-17-06
By _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA ) | Cr. No. 04-CR-10299-PBS |
| ) | |
| ) | VIOLATION: |
| v.   ) | |
| ) | 21 U.S.C. § 844 - |
| GILBERTO ZAYAS   ) | Possession of cocaine |
| ) | |

## SUPERSEDING INFORMATION

COUNT ONE:    (21 U.S.C. § 844 - Possession of cocaine)

The United States Attorney charges that:

On or about May 1, 2004, in Lynn, in the District of Massachusetts,

GILBERTO ZAYAS

defendant herein, did knowingly and intentionally possess cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 844(a)(1).

MICHAEL J. SULLIVAN
United States Attorney

By: _____
NEIL J. GALLAGHER
Assistant U.S. Attorney