UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10299-PBS |
| v. | |
| GILBERTO ZAYAS | |

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                         March 16, 2006

The Sentencing previously scheduled for May 16, 2006, has been **rescheduled** to **May 15, 2006, at 3:00 p.m.**

By the Court,

_/s/ Robert C. Alba_
Deputy Clerk

Copies to:  All Counsel

resched.ntc